IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02402-ZLW

RICKY LAVINE WILLIAMS,

        Applicant,

v.

DICK SMELSER, Warden of C.C.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

_____

ORDER TO CURE DEFICIENCY
_____

Weinshienk, Senior Judge

      Applicant submitted a Affidavit in Support of Motion for Permission to Appeal In

Forma Pauperis on March 30, 2006.  The court has determined that the document is

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue this appeal.

**(A)**    **Filing Fee**
       ___    is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
       ___    is not submitted
       ___    is missing affidavit
       ___    is missing required financial information
       ___    is missing an original signature by the prisoner
       X    is not on proper form (must use the court's current form)
       ___    other_____

1

Accordingly, it is

ORDERED that applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __4__ day of _____April_____, 2006.

BY THE COURT:

_Zita L. Weinshienk_

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2